■ BETTY T. STREB, Respondent, v. CITY OF ROCHESTER et al., Appellants.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Monroe Special Term, granting plaintiff's motion to amend the notice of claim and the complaint.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ SHERMAN J. THURSTON et al., Respondents, v. KENNETH M. EBERT et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying defendants' motion for an order directing plaintiffs to answer certain questions upon an examination before trial.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ DANIEL J. BULGER et al., Respondents, v. JAMES P. GRIFFIN et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Trial Term directing that the action be set down as a preferred cause at the foot of the held cause calendar.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ S. P. VASILE AND SON, INCORPORATED, et al., Respondents, v. CONCRETE TRANS-MIX CORPORATION, Appellant.— Order reversed, with $10 costs and disbursements and motion granted, with $10 costs. Memorandum: Unless a proposed amended answer is clearly bad or frivolous, its sufficiency is ordinarily not to be determined upon a motion to serve it but remains to be tested upon a motion after it is served or upon a trial. (*Gillette* v. *Allen,* 269 App. Div. 441, 449; *Anderson* v. *New York Central R. R. Co.,* 284 App. Div. 64.) Here the questions of agency and notice present factual issues not determinable upon the motion. All concur. (Appeal from an order of Monroe County Court denying defendant's motion for leave to serve an amended answer.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ HENRY WARNOCK, as Administrator of the Estate of FRANCIS WARNOCK, Deceased, Appellant, v. FRANCIS MONJE, Doing Business under the Name of ADRIAN MONJE & SON, Respondent.— Orders affirmed, without costs of this appeal to either party. All concur. (Appeal from two orders of Monroe Special Term (1) granting defendant's motion to dismiss plaintiff's complaint for failure to prosecute, and (2) denying plaintiff's motion to resettle the order of dismissal.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ HAROLD E. CAMPBELL, Respondent, v. ELIZABETH L. RASZMANN, Appellant. ROMAINE D. CAMPBELL, Respondent, v. ELIZABETH L. RASZMANN, Appellant. KENT CAMPBELL, an Infant, by His Guardian ad Litem, Respondent, v. ELIZABETH L. RASZMANN, Appellant. ELIZABETH L. RASZMANN et al., Appellants, v. HAROLD E. CAMPBELL, Respondent. ELIZABETH L. RASZMANN, Appellant, v. HAROLD E. CAMPBELL, Respondent.— Order insofar as appealed from affirmed, without costs of this appeal to any party. All concur. (Appeal from part of an order of Monroe Special Term directing that the five actions be tried together, without consolidation; that place of trial of actions Nos. 4 and 5 be changed from Tompkins County to Monroe County; that plaintiffs in actions 1, 2 and 3 have the right to open and close. The actions arose as the result of an automobile collision in the State of Pennsylvania.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ In the Matter of the Estate of FRANK SALDO, Deceased. MARY AIELLO, as Administratrix of the Estate of FRANK SALDO, Deceased, Appellant; LOUIS SALDO, Respondent.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Onondaga Surrogate's Court dismissing the proceeding upon the merits.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See 2 A D 2d 647.]